# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

In Re: Debtor(s) (name(s) and address)  )
LaShonne Y. Hardaway  )
xxx–xx–6605  )
5850 Penn Street, Apt. 3C  ) Case Number: 17–21460–jra
Merrillville, IN 46410  )
)
)
)
)
) Chapter: 7
)
)
)
)
)
)

## ORDER REOPENING CASE AND TO APPOINT A TRUSTEE

    Trustee Daniel L. Freeland 's motion to reopen this case is granted. Based upon the allegations contained in the motion it appears that a trustee is necessary to protect the interest of the various parties to the case and to insure the efficient administration of the estate. See Fed. R. Bankr. P. Rule 5010. It is therefore

    ORDERED that this case is reopened.

    IT IS FURTHER ORDERED that the Trustee's request that the $ 260.00 reopening fee be deferred until assets are realized in this estate is granted..

    IT IS FURTHER ORDERED that, in accordance with 11 U.S.C. § 703(c), the United States Trustee shall appoint one disinterested person to serve as trustee in this case.

    Dated: April 13, 2018

James R. Ahler
_____
Judge, United States Bankruptcy Court

Document No. 14 – 13