UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                    )
                                          )
LASHONNE Y. HARDAWAY                      )     BANKRUPTCY NO. 17-21460
Debtor.                                   )     **CHAPTER 7 PROCEEDING**
                                          )
                                          )

**APPLICATION BY TRUSTEE TO APPOINT ATTORNEY**

Comes now Trustee, Daniel L. Freeland, and moves the Court, pursuant to Bankruptcy Rule 2014 and 11 U.S.C. §327(d), for authority of the Court for Daniel L. Freeland & Associates, P.C., to act as his attorney and, in support thereof, shows the Court as follows:

1. That he is the duly appointed Trustee in Bankruptcy, having been confirmed as Trustee at the §341 Meeting of Creditors.

2. That Daniel L. Freeland & Associates, P.C., is a law firm authorized to practice law in the State of Indiana, and does so with its office located at 9105 Indianapolis Boulevard, Highland, Indiana.

3. That it is in the best interests of the estate and of the creditors that your Trustee be authorized to appoint Daniel L. Freeland & Associates, P.C., to act as his attorney by reason of the following facts:

    a. That it will be necessary to conduct examinations of the Debtor and various witnesses as to the acts, conduct, and property of the Debtor.

    b. That it is necessary to employ counsel to collect assets of the estate in the form of tax refunds, preference payment, fraudulent transfer and/or accounts receivable.

    c. That the Trustee needs an attorney to prepare pleadings and review prospective adversary proceedings.

d. That the professional services of an attorney are advisable and necessary in the proper administration of the Debtor' estate.

4. That your applicant has no adverse interests to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5. That Daniel L. Freeland & Associates, P.C., be retained at the following rates or at such other rate that the Court may allow:

| | |
|---|---|
| Daniel L. Freeland | $400.00 per hour |
| Sheila A. Ramacci | $300.00 per hour |
| Frederick L. Carpenter | $250.00 per hour |
| Paralegals | $75.00 per hour |

WHEREFORE, your applicant prays for an Order of Court authorizing Daniel L. Freeland & Associates, P.C., to act as his attorney, and for all other orders deemed proper under the circumstances.

Respectfully submitted:

**DANIEL L. FREELAND& ASSOCIATES, P.C.**

/s/  Daniel L. Freeland
DANIEL L. FREELAND, Trustee
9105 Indianapolis Boulevard
Highland, Indiana  46322
(219)  922-0800

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, service of a true and complete copy of the above document was served by Electronic Notice on:
United States Trustee
DAVID DABERTIN
And Via US Mail on:
LASHONNE Y. HARDAWAY, 5850 PENN STREET, APT. 3C, MERRILLVILLE, IN 46410

/s/ Daniel L. Freeland
Daniel L. Freeland